# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

Civil Action No.:   15-cv-02800-WYD-CBS

**ERIC NEWTON**

> **Plaintiff,**

**v.**

**COMDATA, INC.**

> **Defendant.**

---

## NOTICE OF SETTLEMENT

---

COMES NOW the Plaintiff by and through his attorney of record and hereby states:

1. The Plaintiff and Defendant have reached a settlement in this matter.

2. A settlement agreement is being prepared by the parties and their respective counsel.

3. Upon execution of the settlement agreement, the parties intend to file a Notice of Dismissal with Prejudice.

4. The parties expect to file the Notice of Dismissal within thirty days.

5. This Notice of Settlement is without prejudice to and shall not constitute a waiver, release or relinquishment of any parties' rights, claims or defenses, in the event the settlement described herein is not implemented for any reason.

Respectfully submitted,

*/s/Troy D. Krenning*
Troy D. Krenning, Esq.
Law Office of Troy D. Krenning, LLC
640 East Eisenhower Blvd., Suite 150
Loveland, Colorado 80537
(970) 292-8290
Email: troy@krenninglaw.com
**Attorney for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the following email address:

> Brandee.caswell@faegreBD.com
> Tom.hackney@faegreBP.com
> Brandee Caswell
> Tom Hackney
> Faegre Baker Daniels, LLP
> 1700 Lincoln Street, Suite 3200
> Denver, CO 80203

/s/Mandy Jones
Paralegal