IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.     15-cv-02800-WYD-CBS

ERIC NEWTON,

    Plaintiff,

v.

COMDATA, INC.,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

THIS MATTER comes before the Court on the parties' Stipulated Motion to Dismiss With Prejudice (ECF No. 31).   After carefully reviewing the file in this matter, I find that the stipulation should be approved pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the case should be dismissed with prejudice.   Accordingly, it is

ORDERED that the Stipulated Motion to Dismiss With Prejudice (ECF No. 31) is **GRANTED.**   This case is **DISMISSED WITH PREJUDICE**, with each party to pay its own attorney fees and costs.   All remaining dates and deadlines are vacated.

Dated:   September 27, 2016

                                  BY THE COURT:

                                  s/ Wiley Y. Daniel
                                  WILEY Y. DANIEL,
                                  SENIOR UNITED STATES DISTRICT JUDGE